**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 31, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00191-CV

---

## IN RE ELAM REALTY, LP; JCRB BUCKNER REALTY, LP; JCRB LONGVIEW REALTY, LP; CRISTINO RUVALCABA, JR., AS TRUSTEE OF THE JUAN CARLOS RUVALCABA IRREVOCABLE TRUST; ELAM MEAT MARKET, LLC; LONGVIEW MEAT MARKET, LLC; AND SUPERMERCADO LATINO, LLC, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**507th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-34821**

## MEMORANDUM OPINION

On March 22, 2023, relators Elam Realty, LP; JCRB Buckner Realty, LP; JCRB Longview Realty, LP; Cristino Ruvalcaba, Jr., As Trustee of the Juan Carlos Ruvalcaba Irrevocable Trust; Elam Meat Market, LLC; Longview Meat Market, LLC; and Supermercado Latino, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Julia Maldonado, presiding judge of the 507th District Court of Harris County, to set aside her November 28, 2022 order denying their motion to transfer venue.

On April 13, 2023, the parties advised the court that the parties had reached a tentative settlement. Real party in interest filed an unopposed motion to abate this proceeding for 120 days pending finalization of the settlement. On April 20, 2023, we granted the motion and abated this case.

On August 21, 2023, relators advised the court that the parties had settled the underlying case and they would be filing a motion to dismiss the proceeding. On August 24, 2023, relators filed a motion to dismiss. Relator's request for relief is now moot. The motion is GRANTED. We lift our April 20, 2023 abatement and reinstate this original proceeding on the court's docket.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.

2